STATE of Missouri, Respondent,

v.

Cheyenne SMITH, Appellant.

No. WD 65011.

Missouri Court of Appeals,
Western District.

Aug. 15, 2006.

Ellen H. Flottman, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jayne T. Woods,

---

Office of Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Cheyenne Smith appeals the circuit court's judgment convicting him of first-degree robbery and armed criminal action. We affirm.   Rule 30.25(b).